NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SADIKEY JENNIS,                                )
                                          )
            Appellant,                  )
                                          )
v.                                        )      Case No. 2D16-3964
                                          )
STATE OF FLORIDA,                   )
                                          )
            Appellee.                   )
_____ )

Opinion filed March 23, 2018.

Appeal from the Circuit Court for Charlotte
County; John L. Burns, Judge.

Howard L. Dimmig, II, Public Defender, and
John C. Fisher, Assistant Public Defender,
Bartow, for Appellant.

Sadikey Jennis, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


         Affirmed.


VILLANTI, MORRIS, and BADALAMENTI, JJ., Concur.